1
2
3
4
5
6
7
8
9

**JS-6**

10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

16

**CENTRAL DISTRICT OF CALIFORNIA**

17

**EASTERN DIVISION – RIVERSIDE COURTHOUSE**

18
19
20   KEVIN KEYSER,

21

                    Plaintiff,

22
23        v.

24

25   THE TANFIELD GROUP, et al.,

26
27                  Defendant

28

**Case No.: 11-00236 VAP (DTBx)**

**Hon. Virginia A. Phillips**

**ORDER GRANTING LEAVE TO AMEND COMPLAINT AND REMANDING ACTION TO STATE COURT**

1

ORDER (11-00236 VAP (DTBx))

## ORDER

Based on agreement of the parties, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that Plaintiff is granted leave to amend his complaint, and the amendment attached to the stipulation of the parties regarding leave to amend is hereby deemed filed.

Further, based on the lack of diversity created by Plaintiff's amendment to his complaint and based on the stipulation of the parties, pursuant to 28 USC § 1447(e), **IT IS HEREBY ORDERED** that this case be remanded to the San Bernardino Superior Court.

DATED:December 08, 2011

VIRGINA A. PHILLIPS

United State District Judge

2

ORDER (11-00236 VAP (DTBx)